<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 7004
Telephone Number 973-575-0707
**Attorneys for Secured Creditor**
PHH Mortgage Corporation

Shauna Deluca, Esq. (SD-8248)

</td><td>

Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

</td></tr>
</table>

|  |  |
|---|---|
| In Re:<br><br>Brian Simon,<br><br>      Debtor. | Case No.: 19-16049-VFP<br><br>Chapter: 13<br><br>Hearing Date: February 20, 2020<br><br>Judge: Vincent F. Papalia |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: February 5, 2020**

                     **Honorable Vincent F. Papalia**
                     **United States Bankruptcy Judge**

Secured Creditor: PHH Mortgage Corporation

Secured Creditor's Counsel: RAS Citron, LLC

Debtor's Counsel: Robert C. Nisenson, Esq.

Property Involved ("Collateral"): 226 Standish Road, Paramus, NJ 07652

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1.  This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2.  Secured Creditor filed its Objection to Confirmation of Debtor's Chapter 13 Plan on January 15, 2020 (Docket No. 47).

3.  The Debtor shall have three (3) months to sell the Subject Property, subject to Secured Creditor's approval, from the date the Confirmation Order is entered. The parties further agree that Secured Creditor's claim will be paid in full from the proceeds of any sale pursuant to an updated payoff statement to be provided by Secured Creditor at or near the time of closing.

4.  The Debtor shall make monthly adequate protection payments in the amount of $1,254.05 directly to Secured Creditor while the sale is pending.

5.  The Debtor shall be responsible for making his quarterly real estate tax payments and maintain homeowner's insurance while the sale is pending.

6.  This Consent Order in no way alters, amends, or invalidates any applicable bankruptcy remedies afforded to them.

7.  Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

8.  The undersigned hereby consent to the form and entry of the foregoing order.

9.     In consideration of the aforementioned, Secured Creditor's objection to

confirmation can be marked as resolved.

The undersigned hereby consent to the form and entry of the foregoing order.

_____                    /s/ Shauna Deluca_____

Robert C. Nisenson, Esq.                           Shauna Deluca, Esq.

*Attorney for Debtor*                              *Attorney for Secured Creditor*

Date:                                              Date: January 29, 2020