| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY (NEWARK)** | Order Filed on February 5, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 7004 <br> Telephone Number 973-575-0707 <br> **Attorneys for Secured Creditor** <br> PHH Mortgage Corporation <br><br> Shauna Deluca, Esq. (SD-8248) | |
| In Re: <br><br> Brian Simon, <br><br>     Debtor. | Case No.: 19-16049-VFP <br><br> Chapter: 13 <br><br> Hearing Date: February 20, 2020 <br><br> Judge: Vincent F. Papalia |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 5, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Secured Creditor: PHH Mortgage Corporation

Secured Creditor's Counsel: RAS Citron, LLC

Debtor's Counsel: Robert C. Nisenson, Esq.

Property Involved ("Collateral"): 226 Standish Road, Paramus, NJ 07652

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.
2. Secured Creditor filed its Objection to Confirmation of Debtor's Chapter 13 Plan on January 15, 2020 (Docket No. 47).
3. The Debtor shall have three (3) months to sell the Subject Property, subject to Secured Creditor's approval, from the date the Confirmation Order is entered. The parties further agree that Secured Creditor's claim will be paid in full from the proceeds of any sale pursuant to an updated payoff statement to be provided by Secured Creditor at or near the time of closing.
4. The Debtor shall make monthly adequate protection payments in the amount of $1,254.05 directly to Secured Creditor while the sale is pending.
5. The Debtor shall be responsible for making his quarterly real estate tax payments and maintain homeowner's insurance while the sale is pending.
6. This Consent Order in no way alters, amends, or invalidates any applicable bankruptcy remedies afforded to them.
7. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.
8. The undersigned hereby consent to the form and entry of the foregoing order.

9. In consideration of the aforementioned, Secured Creditor's objection to confirmation can be marked as resolved.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| _____ | /s/ Shauna Deluca |
| Robert C. Nisenson, Esq. | Shauna Deluca, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |
| Date: | Date: January 29, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Simon  
    Debtor

Case No. 19-16049-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db          +Brian Simon,    226 Standish Road,    Paramus, NJ 07652-4210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

         Charles H. Jeanfreau     on behalf of Creditor    Bank of America, N.A.  
         charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
         Denise E. Carlon     on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman     on behalf of Creditor    PHH MORTGAGE CORPORATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Melissa N. Licker     on behalf of Creditor    Bank of America, N.A. NJ_ECF_Notices@mccalla.com  
         Phillip Andrew Raymond     on behalf of Creditor    Bank of America, N.A. phillip.raymond@mccalla.com  
         Rebecca Ann Solarz     on behalf of Creditor    MEB Loan Trust IV rsolarz@kmllawgroup.com  
         Robert C. Nisenson     on behalf of Debtor Brian Simon r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         Shauna M Deluca     on behalf of Creditor    PHH MORTGAGE CORPORATION sdeluca@rasflaw.com  
         Sindi Mncina     on behalf of Creditor    PHH MORTGAGE CORPORATION smncina@rascrane.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 11