Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−16049−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Simon
   226 Standish Road
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−6498

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/24/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2020
JAN: mcp

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Simon  
     Debtor

Case No. 19-16049-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Feb 24, 2020  
                 Form ID: 148    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.

```
db             +Brian Simon,    226 Standish Road,    Paramus, NJ 07652-4210
518174972      +Bank of America, N.A.,    c/o MARINOSCI LAW GROUP, P.C.,    Attn: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
518190232      +PHH MORTGAGE CORPORATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518283390       PHH Mortgage Corporation,    PHH Mortgage Services,    PO Box 371458,    Pittsburgh, PA 15250-7458
518141882      +PHH Mortgage Corporation,    C/O Phelan Hallinan Diamond & Jones, PC,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
518532832      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518532833      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518141880      +EDI: BANKAMER.COM Feb 25 2020 04:48:00      Bank of America,    PO Box 26012,
                 Greensboro, NC 27420-6012
518246816       EDI: BANKAMER.COM Feb 25 2020 04:48:00      Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
518141881       EDI: IRS.COM Feb 25 2020 04:48:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
518244049      +EDI: JEFFERSONCAP.COM Feb 25 2020 04:48:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518244049      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 25 2020 00:26:22     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
cr*            +PHH MORTGAGE CORPORATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:

```
          Charles H. Jeanfreau    on behalf of Creditor    Bank of America, N.A.
           charles.jeanfreau@mccalla.com, BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    PHH MORTGAGE CORPORATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    Bank of America, N.A. NJ_ECF_Notices@mccalla.com
          Phillip Andrew Raymond    on behalf of Creditor    Bank of America, N.A. phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    MEB Loan Trust IV rsolarz@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Brian Simon r.nisenson@rcn-law.com,
           doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Shauna M Deluca    on behalf of Creditor    PHH MORTGAGE CORPORATION sdeluca@rasflaw.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 24, 2020
                              Form ID: 148             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Sindi  Mncina   on behalf of Creditor   PHH MORTGAGE CORPORATION smncina@rascrane.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 11